UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
AMERICAN GENERAL LIFE INSURANCE COMPANY,   :
                                            :        07 CV 3136
                        Plaintiff,          :
                                            :
        -against-                           :
                                            :        **Rule 7.1 Statement**
THE COSTANTINO PRESTA IRREVOCABLE TRUST; MARK :
SEELIG, EUGENIO PRESTA, NICOLA PRESTA,      :
AS TRUSTEES OF THE CONSTANTINO PRESTA       :
IRREVOCABLE TRUST; AND HSBC BANK USA, NATIONAL :
ASSOCIATION,                                :
                                            :
                        Defendants.         :
                                            :
-------------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for American General Life Insurance Company (a private non-governmental party) certifies that it is an indirect, wholly-owned subsidiary of American International Group, Inc. ("American International"), a publicly traded corporation. American General is owned by AIG American General, Inc. ("AIG"). AIG is owned by American International.

Dated:   April 18, 2007
         White Plains, New York

                                            Respectfully Submitted,

                                            WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                                            By: _____
                                                Fred N. Knopf (FNK 4625)
                                                Attorneys for Plaintiff
                                                American General Life Insurance Company
                                                3 Gannett Drive
                                                White Plains, NY 10604
                                                Tel.: (914) 323-7000
                                                Fax: (914) 323-7001
                                                File No. 07478.00313

1541080.1