**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X

AMERICAN GENERAL LIFE INSURANCE COMPANY, :

                         :     07 CV 3136

             Plaintiff,      :     (GEL)(RLE)

                         :

       -against-               :

                         :

MARK SEELIG, EUGENIO PRESTA, NICOLA PRESTA, :
AS TRUSTEES OF THE CONSTANTINO PRESTA :
IRREVOCABLE TRUST; HSBC BANK USA, NATIONAL :
ASSOCIATION, :

                         :

           Defendants.    :

                         :

---------------------------------------------------------------------------X

### Motion to Admit Counsel Pro Hac Vice

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Michelle M. Arbitrio, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

         Christopher Frost
         Maynard, Cooper & Gayle, P.C.
         1901 Sixth Avenue North
         2400 AmSouth/Harbert Plaza
         Birmingham, Alabama 35203-2602
         Tel.  (205) 254-1000
         Fax:  (205) 254-1999
         Email Address: **cfrost@maynardcooper.com**

Christopher Frost is a member in good standing of the Bar of the States of the following bars:

     a.      State of Alabama; admitted September 2004;

     b.      United States District Court for the Northern District of Alabama; admitted
            September 2005;

     c.      United States District Court for the Southern District of Alabama; admitted
            September 2005;

     d.      United States District Court for the Middle District of Alabama; admitted
            September 2005;

     e.      United States Court of Appeals for the Eleventh Circuit; admitted November
            2006;

     f.      United States Court of Appeals for the Sixth Circuit; admitted November 2006;

     g.      State of Georgia; admitted November 2006;

1545033.1

  h.  United States District Court for the Northern District of Georgia; admitted
     November 2006;

  i.  United States District Court for the Middle District of Georgia; admitted
     November 2006; and

  j.  United States District Court for the Southern District of Georgia; admitted
November 2006.


There are no pending disciplinary proceedings against Michael D. Mulvaney in State or Federal
court.

Dated:  April 18, 2007
    White Plains, New York


       Respectfully Submitted,


       ___Michelle M. Arbitrio___

       Michelle M. Arbitrio, Esq.
       MA 2137
       WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
       3 Gannett Drive
       White Plains, NY 10604
       Tel. (914) 323-7000
       Fax (914) 325-1275

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X
AMERICAN GENERAL LIFE INSURANCE COMPANY,  :
                                          :   07 CV 3136(GEL)(RLE)
                          Plaintiff,      :
                                          :
            -against-                     :
                                          :
MARK SEELIG, EUGENIO PRESTA, NICOLA PRESTA,  :
AS TRUSTEES OF THE CONSTANTINO PRESTA      :
IRREVOCABLE TRUST; HSBC BANK USA, NATIONAL  :
ASSOCIATION,                              :
                                          :
                          Defendants.     :
                                          :
-----------------------------------------------------------------------------X

### AFFIDAVIT OF MICHELLE M. ARBITRIO IN SUPPORT OF APPLICATION TO ADMIT COUNSEL PRO HAC VICE

Michelle M. Arbitrio, being duly sworn, hereby deposes and says as follows:

1.      I am an associate at the law firm of Wilson, Elser, Moskowtiz Edelman & Dicker LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Christopher Frost as counsel pro hac vice to represent Plaintiff in this matter.

2.      I am a member in good standing of the bar of the State of New York, and was admitted to practice law in January 2003. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.      I have known Christopher Frost since 2007.

4.      Mr. Frost is an attorney at the law firm of Maynard, Cooper & Gale, P.C. in Birmingham, Alabama.

5.    I have found Mr. Frost to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.    Accordingly, I am pleased to move the admission of Christopher Frost, pro hac vice.

7.    I respectfully submit a proposed order granting the admission of Christopher Frost, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Christopher Frost, pro hac vice, to represent plaintiff in the above captioned matter, be granted.

Dated: April 18, 2007
       White Plains, New York

                                        Respectfully submitted,

                                        _____
                                        Michelle M. Arbitrio (MA 2137)

Sworn to Me
This       Day of
April, 2007

_____
Notary Public

NANCY NAUMAN
Notary Public, State of New York
No. 4930293
Qualified in Westchester County
Commission Expires May 9, 20/(  )

1541761.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X
AMERICAN GENERAL LIFE INSURANCE COMPANY,                    :
                                                            :    07 CV 3136(GEL)(RLE)
                                       Plaintiff,           :
                                                            :
                  -against-                                 :
                                                            :
MARK SEELIG, EUGENIO PRESTA, NICOLA PRESTA,                 :
AS TRUSTEES OF THE CONSTANTINO PRESTA                       :
IRREVOCABLE TRUST; HSBC BANK USA, NATIONAL                  :
ASSOCIATION,                                                :
                                                            :
                                       Defendants.          :
                                                            :
-----------------------------------------------------------------------------X

## Order for Admission Pro Hac Vice on Written Motion

Upon the motion and affidavit of Michelle M. Arbitrio, attorney for American General Life
Insurance Company;

**It is hereby Ordered that**:

> Christopher Frost
> Maynard, Cooper & Gayle, P.C.
> 1901 Sixth Avenue North
> 2400 AmSouth/Harbert Plaza
> Birmingham, Alabama 35203-2602
> Tel. (205) 254-1000
> Fax: (205) 254-1999
> Email Address: **cfrost@maynardcooper.com**

is admitted to practice pro hac vice as counsel for American General Life Insurance Company in
the above captioned case in the United States District Court for the Southern District of New
York. All attorneys appearing before this Court are subject to the Local Rules of this Court,
including the Rules governing discipline of attorneys. If this action is assigned to the Electronic
Case Filing (ECF) system, counsel shall immediately apply for an ECF password at
nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _____
       White Plains, New York

                                          _____
                                          United States Magistrate Judge

1541768.1

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                            )SS :
COUNTY OF WESTCHESTER  )

      UNDINE MASSIAH, being duly sworn, deposes and says:  deponent is not a party to the action, is over 18 years of age and resides in Brooklyn, New York.

      On the 25th day of April, 2007, deponent served the within

### (1)    MOTION TO ADMIT COUNSEL PRO HAC VICE (Christopher Frost)

Upon:

      HSBC Bank USA, National Association
      452 Fifth Avenue
      New York, NY 10018

      Eugenio Presta
      43 Princeton Avenue
      Yonkers, NY 10710

      Nicola Presta
      152 Florence Street
      Yonkers, NY 10704

      Costatino Presta Irrevocable Trust dated 7-19-05
      c/o Mark Seelig
      Meister Seelig & Fein LLP
      140 East 45th Street – 19th Floor
      New York, NY 10017

      Mark Seelig
      Meister Seelig & Fein LLP
      140 East 45th Street – 19th Floor
      New York, NY 10017

1546327.1

by the address(es) designated by said attorney(s) for that purpose in a sealed Federal Express envelope, by depositing a true copy thereof enclosed in a postpaid **Federal Express Priority Overnight (Next Business Morning) Overnight** wrapper, in an official depository under the exclusive care and custody of Federal Express within the State of New York.

UNDINE MASSIAH

Sworn to before me this
25th day of April, 2007

Notary Public

MAURA LOOBY
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01L04921163
QUALIFIED IN PUTNAM COUNTY
COMMISSION EXPIRES MAY 31, 20

1546327.1

**UNITED STATES DISTRICT COURT**
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon Harris
Clerk

## CERTIFICATE OF GOOD STANDING

I, Sharon Harris,  Clerk of the United States District Court, Northern District of Alabama,

**DO HEREBY CERTIFY** that **CHRISTOPHER C. FROST** was duly admitted to practice in said Court on **November 15, 2005**, and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on April 20, 2007.

SHARON HARRIS,  CLERK

By: _Shirley Brown_
Deputy Clerk