UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
AMERICAN GENERAL LIFE INSURANCE COMPANY,

                                                     Plaintiff,

                                      -against-

MARK SEELIG, EUGENIO PRESTA, NICOLA PRESTA,
AS TRUSTEES OF THE CONSTANTINO PRESTA
IRREVOCABLE TRUST; HSBC BANK USA, NATIONAL
ASSOCIATION,

                                                Defendants.
-------------------------------------------------------------------------X

07 CV 3136(GEL)(RLE)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/07

## Order for Admission Pro Hac Vice on Written Motion

Upon the motion and affidavit of Michelle M. Arbitrio, attorney for American General Life Insurance Company;

**It is hereby Ordered that**:

        Christopher Frost
        Maynard, Cooper & Gayle, P.C.
        1901 Sixth Avenue North
        2400 AmSouth/Harbert Plaza
        Birmingham, Alabama 35203-2602
        Tel.  (205) 254-1000
        Fax:  (205) 254-1999
        Email Address: **cfrost@maynardcooper.com**

is admitted to practice pro hac vice as counsel for American General Life Insurance Company in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: May 7, 2007
~~White Plains~~, New York
New York,

_____
~~United States Magistrate Judge~~
United States District Judge

1541768.1