## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             )SS :
COUNTY OF WESTCHESTER        )

      UNDINE MASSIAH, being duly sworn, deposes and says:  deponent is not a party to the action, is over 18 years of age and resides in Brooklyn, New York.

      On the 1st day of June, 2007, deponent served the within

### MOTION FOR FINAL DECREE OF INTERPLEADER

Upon:

      HSBC Bank USA, National Association
      452 Fifth Avenue
      New York, NY 10018


      Eugenio Presta
      43 Princeton Avenue
      Yonkers, NY 10710


      Nicola Presta
      152 Florence Street
      Yonkers, NY 10704


      Costatino Presta Irrevocable Trust dated 7-19-05
      c/o Mark Seelig
      Meister Seelig & Fein LLP
      140 East 45th Street – 19th Floor
      New York, NY 10017


      Mark Seelig
      Meister Seelig & Fein LLP
      140 East 45th Street – 19th Floor
      New York, NY 10017

a copy of the foregoing which was filed electronically and served by **Federal Express Priority Overnight (Next Business Morning) Overnight** wrapper, in an official depository under the exclusive care and custody of Federal Express within the State of New York on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of

1577618.1

the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*[signature]*
UNDINE MASSIAH

Sworn to before me this
1st day of June, 2007

*[signature]*
Notary Public

**MAURA LOOBY**
Notary Public, State of New York
No. 01L04921163
Qualified in Putnam County
Commission Expires May31, 2010

1577618.1