## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             )SS :
COUNTY OF WESTCHESTER        )

UNDINE MASSIAH, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in Brooklyn, New York.

On the 1st day of June, 2007, deponent served the within

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF
AMERICAN GENERAL LIFE INSURANCE COMPANY'S
MOTION FOR FINAL DECREE OF INTERPLEADER**

Upon:

HSBC Bank USA, National Association
452 Fifth Avenue
New York, NY 10018


Eugenio Presta
43 Princeton Avenue
Yonkers, NY 10710


Nicola Presta
152 Florence Street
Yonkers, NY 10704


Costatino Presta Irrevocable Trust dated 7-19-05
c/o Mark Seelig
Meister Seelig & Fein LLP
140 East 45th Street – 19th Floor
New York, NY 10017


Mark Seelig
Meister Seelig & Fein LLP
140 East 45th Street – 19th Floor
New York, NY 10017

a copy of the foregoing which was filed electronically and served by **Federal Express Priority Overnight (Next Business Morning) Overnight** wrapper, in an official depository under the exclusive care and custody of Federal Express within the State of New York on anyone unable to

1577624.1

accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
UNDINE MASSIAH

Sworn to before me this
1st day of June, 2007

_____
Notary Public

**MAURA LOOBY**
Notary Public, State of New York
No. 01L04921163
Qualified in Putnam County
Commission Expires May 31, 2010

1577624.1