UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AMERICAN GENERAL LIFE INSURANCE
COMPANY,                                                                    Case No. 07-CV-3136 (GEL) (RLE)

               Plaintiff,

                                                               **HSBC BANK USA, N.A.'S**
      v.                                                                                      **RULE 7.1 STATEMENT**

THE COSTANTINO PRESTA IRREVOCABLE
TRUST; MARK SEELING, EURGENIO
PRESTA, NICOLA PRESTA, AS TRUSTEES OF
THE COSTANTINO PRETSA IRREVOCABLE
TRUST; and HSBC BANK USA, NATIONAL
ASSOCIATION,

               Defendants.
------------------------------------------------------------X

      Defendant HSBC Bank USA, National Association ("HSBC"), by its counsel, Meredith Friedman, hereby states that it is a wholly owned subsidiary of HSBC USA, Inc., which is an indirectly wholly owned subsidiary of HSBC Holdings plc, a United Kingdom corporation. The shares of HSBC Holdings plc are publicly traded on certain foreign stock exchanges and are traded in the United States as American Depository Shares on the New York Stock Exchange. No publicly held corporation owns ten percent (10%) or more of HSBC's stock.

Dated: New York, New York
       June 25, 2007

                                                  HSBC Bank USA, National Association

                                          By: /s/ Meredith L. Friedman
                                               Meredith L. Friedman (MF 8464)
                                               Scott D. Miller (SM 0856)
                                               452 Fifth Avenue, 7th Floor
                                               New York, NY 10018
                                               (212) 525-5000

2

TO:    Fred Knopf, Esq.
Attorney for Plaintiff

The Costantino Presta Irrevocable Trust
c/o Mark Seelig
140 East 45th Street
19th Floor
New York, NY 10017

Mark Seelig
140 East 45th Street
19th Floor
New York, NY 10017

Nicola Presta
152 Florence Street
Yonkers, NY 10704

Eugenio Presta
43 Princeton Avenue
Yonkers, NY 10710