**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK        )
                         )SS :
COUNTY OF WESTCHESTER    )

     UNDINE MASSIAH, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in Brooklyn, New York.

     On the 30th day of July, 2007, deponent served the within

**LETTER re: REQUEST FOR EXTENSION OF TIME TO
CONDUCT CONFERENCES PURSUANT TO FEDERAL
RULES OF COVIL PROCEDURE 26(f) and 16(c)**

Upon:

Hon. Gerakd E. Lynch
United States District Courthouse
500 Pearl Street, Room 910
New York, New York 10007

Mitch Schuster
Meister Seelig & Fein LLP
140 East 45th Street – 19th Floor
New York, NY 10017

a copy of the foregoing which was filed electronically and served by **Federal Express Priority Overnight (Next Business Morning) Overnight** wrapper, in an official depository under the exclusive care and custody of Federal Express within the State of New York on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                 _____
                                                                 UNDINE MASSIAH

Sworn to before me this
30th day of July, 2007

_____
        Notary Public

NANCY NAUMAN
Notary Public, State of New York
No. 4930293
Qualified in Westchester County
Commission Expires May 9, 2010

1622725.1