UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
AMERICAN GENERAL LIFE INSURANCE :
COMPANY, :
:
                <u>Plaintiff</u>, :
: 07 Civ. 3136 (GEL)
  -against- :
: **ORDER**
:
THE COSTANTINO PRESTA IRREVOCABLE :
TRUST, et al., :
:
               <u>Defendants</u>. :
:
-----------------------------------------------------------x

GERARD E. LYNCH, <u>District Judge</u>:

      The Court having been informed that the parties have reached a settlement in principle of this case, it is hereby:

      ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

SO ORDERED.

Dated: New York, New York
       September 27, 2007

                                              _____
                                                GERARD E. LYNCH
                                                United States District Judge